DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE (CA State Bar No. 141930)
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

DAVIS WRIGHT TREMAINE LLP
DAN LAIDMAN (CA State Bar No. 274482)
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Email: danlaidman@dwt.com

ACLU FOUNDATION OF SAN DIEGO
AND IMPERIAL COUNTIES
MITRA EBADOLAHI (CA State Bar No. 275157)
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187
Email: mebadolahi@aclusandiego.org

Attorneys for Plaintiff
AMERICAN CIVIL LIBERTIES UNION OF
SAN DIEGO AND IMPERIAL COUNTIES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF SAN DIEGO AND IMPERIAL COUNTIES,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | Case No. **3:17-cv-00733-L-JLB**<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:   April 12, 2017 |

1

NOTICE OF SETTLEMENT
4813-1556-3123v.2 0201195-000002

Plaintiff American Civil Liberties Union of San Diego and Imperial Counties and Defendants U.S. Department of Homeland Security and U.S. Customs and Border Protection hereby inform the Court that they have reached a settlement of their remaining disputes on the merits of this action. As part of the parties' settlement, Plaintiff reserves the right to seek attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E), and Defendants reserve the right to challenge any such request.

The parties will file a Joint Motion to dismiss and to extend the deadline for Plaintiff to file a motion for fees and costs in order to facilitate a potential resolution of the fee issue without the need for further motion practice.

DATED: October 15, 2018

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
DAN LAIDMAN

ACLU FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES
MITRA EBADOLAHI

By: /s/ Thomas R. Burke
Thomas R. Burke
Attorneys for Plaintiff
AMERICAN CIVIL LIBERTIES UNION OF SAN DIEGO AND IMPERIAL COUNTIES

DATED: October 15, 2018

UNITED STATES DEPARTMENT OF JUSTICE
CHETAN A. PATIL

By: /s/ Chetan A. Patil
Chetan A. Patil
Attorneys for Defendants
U.S. DEPARTMENT OF HOMELAND SECURITY AND U.S. CUSTOMS AND BORDER PROTECTION

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Chetan A. Patil, counsel for defendants U.S. Department of Homeland Security and U.S. Customs and Border Protection, and that I have obtained Mr. Patil's authorization to affix his electronic signature to this document.

                                         /s/ Thomas R. Burke
                                         THOMAS R. BURKE

NOTICE OF SETTLEMENT
4813-1556-3123v.2 0201195-000002