1  DAVIS WRIGHT TREMAINE LLP
   THOMAS R. BURKE (CA State Bar No. 141930)
2  505 Montgomery Street, Suite 800
   San Francisco, California  94111
3  Telephone:  (415) 276-6500
   Facsimile:  (415) 276-6599
4  Email: thomasburke@dwt.com

5  DAVIS WRIGHT TREMAINE LLP
   DAN LAIDMAN (CA State Bar No. 274482)
6  865 South Figueroa Street, Suite 2400
   Los Angeles, CA  90017-2566
7  Telephone:  (213) 633-6800
   Email: danlaidman@dwt.com
8
   ACLU FOUNDATION OF SAN DIEGO
9  AND IMPERIAL COUNTIES
   MITRA EBADOLAHI (CA State Bar No. 275157)
10 P.O. Box 87131
   San Diego, CA 92138-7131
11 Telephone:  (619) 398-4187
   Email: mebadolahi@aclusandiego.org
12
   Attorneys for Plaintiff
13 AMERICAN CIVIL LIBERTIES UNION OF
   SAN DIEGO AND IMPERIAL COUNTIES
14

15                    UNITED STATES DISTRICT COURT

16                   SOUTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  AMERICAN CIVIL LIBERTIES UNION OF SAN DIEGO AND IMPERIAL COUNTIES, | Case No. **3:17-cv-00733-L-JLB** |
| 19 | **NOTICE OF SETTLEMENT** |
| 20        Plaintiff, | Action Filed:   April 12, 2017 |
| 21        vs. | |
| 22  U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION, | |
| 23 | |
| 24        Defendants. | |

25
26
27
28

1

1  On October 18, 2018, the Court issued an Order dismissing this matter with
2  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  On May 2, 2019, the
3  Court entered an Order extending Plaintiff's deadline to file and serve its motion, if
4  any, to recover attorneys' fees and costs pursuant to 5 U.S.C. §552(a)(4)(E), until
5  August 14, 2019.  The parties now have resolved Plaintiff's request for attorneys'
6  fees and costs, and Plaintiff will not be filing a motion pursuant to 5 U.S.C.
7  §552(a)(4)(E).  Accordingly, this litigation has been fully and finally resolved, and
8  the Court should terminate this case.

DATED: July 11, 2019

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
DAN LAIDMAN

ACLU FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES
MITRA EBADOLAHI

By: /s/ Thomas R. Burke
       Thomas R. Burke
Attorneys for Plaintiff
AMERICAN CIVIL LIBERTIES UNION OF SAN DIEGO AND IMPERIAL COUNTIES

DATED: July 11, 2019

UNITED STATES DEPARTMENT OF JUSTICE
CHETAN A. PATIL

By: /s/ Chetan A. Patil
       Chetan A. Patil
Attorneys for Defendants
U.S. DEPARTMENT OF HOMELAND SECURITY AND U.S. CUSTOMS AND BORDER PROTECTION

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Chetan A. Patil, counsel for defendants U.S. Department of Homeland Security and U.S. Customs and Border Protection, and that I have obtained Mr. Patil's authorization to affix his electronic signature to this document.

                                          /s/  Thomas R. Burke
                                          THOMAS R. BURKE

NOTICE OF SETTLEMENT
4817-9966-0700v.3 0201195-000002